# UNITED STATES DISTRICT COURT

for the

District of Minnesota

UNITED STATES OF AMERICA

v.

Leland Wayne THOMPSON

Case No.  13-MJ-731 (JSM)

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about October 30, 2013, in Ramsey County, in the State and District of Minnesota, defendant Leland Wayne THOMPSON

> knowingly escaped from the Volunteers of America halfway house, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Minnesota upon conviction for the offense of felon in possession of ammunition, all

in violation of Title 18, United States Code, Section 751(a).

I further state that I am a Deputy United States Marshal and that this complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

_____
*Complainant's signature*

BRIAN SMITH, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/5/13

_____
*Judge's signature*

City and state:  St. Paul, MN

The Honorable Janie S. Mayeron
*Printed name and title*

SCANNED
NOV 05 2013
U.S. DISTRICT COURT ST. PAUL

13-MJ-731 (JSM)

| | | |
|---|---|---|
| STATE OF MINNESOTA | ) | |
| | ) ss. | AFFIDAVIT OF BRIAN SMITH |
| COUNTY OF RAMSEY | ) | |

1. I am and have been employed with the United States Marshals Service ("USMS") since May 2006. During my entire employment with the USMS, I have held the position of Deputy United States Marshal.

2. As a Deputy United States Marshal, my duties and responsibilities include conducting investigations of fugitives, providing court security, transporting and processing prisoners, and serving civil process for the courts. I have been involved in more than one hundred fugitive investigations since January 1, 2013.

3. This Affidavit is based on my training, experience, personal knowledge, discussions with other law enforcement officers and agents directly involved in this investigation, and my review of official reports and documents related to this investigation.

4. This Affidavit is made for the purpose of establishing probable cause in support of a federal arrest warrant for Leland Wayne THOMPSON and therefore contains only a summary of relevant facts. Based upon all the facts and information set forth in this Affidavit, I believe that probable cause exists to support that, on or about October 30, 2013, in the city of Roseville, Ramsey County, in the State and District of Minnesota, THOMPSON knowingly escaped from the Volunteers of America half-way house, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Minnesota upon conviction for felon in possession of ammunition, all in violation of 18 U.S.C. § 751(a).

5. On June 21, 2010, the United States District Court for the District of Minnesota entered a judgment in a criminal case against THOMPSON, adjudging THOMPSON, guilty of felon in possession of ammunition, in violation of 18 U.S.C. §§ 922(g) and 924(a).

6. On June 21, 2010, the United States District Court for the District of Minnesota sentenced THOMPSON to 57 months imprisonment to be served at a Bureau of Prisons ("BOP") facility. On July 19, 2010, THOMPSON was designated and transferred to the United States Penitentiary ("USP") McCreary in Pine Knot, Tennessee. THOMPSON was later transferred to the Volunteers of America

1

halfway house at 1771 Kent St in Roseville, Minnesota on July 25, 2013.

7.  The VOA Roseville halfway house is a contract facility.  The purpose of the facility is to provide a community transition program for offenders.  The BOP will allow some inmates to serve a portion of their remaining sentence in the halfway house based upon conduct.  At the halfway house, inmates will be allowed to seek and maintain outside employment, go to social visits, and apply for housing upon release.  Inmates are allowed to check in and out of the halfway house to do other activities, with prior approval.

8.  The VOA Roseville halfway house is a semi-secure facility with a portion of the perimeter fenced in.  There is only one entry and exit point that inmates are allowed to utilize.  When an inmate leaves, he or she checks out at the front desk and upon return they check back in.  The VOA has a curfew and after a certain time no one is allowed out.  The VOA provides three meals daily for the inmates. All medical, religious and recreational needs of the inmate are allowed to be fulfilled off grounds.  Inmates are allowed to go outside the facility to smoke cigarettes.  Inmates are also allowed to bring certain personal items into the facility.  Yet some items like cell phones are considered contraband and not allowed in the facility.   Inmates are not allowed to consume alcohol and are subject to random breathalyzer screening.  At the halfway house inmates are allowed a great deal of liberties that are not afforded at traditional secure BOP facilities.

9.  Even though they are afforded these liberties, inmates must still abide by the rules and regulations of the halfway house or they are subject to being returned to a more secure BOP facility.

10. On October 30, 2013 at approximately 9:40pm, THOMPSON was allowed out to smoke a cigarette.  A short time later the halfway house received a tamper alert from the GPS unit worn by THOMPSON.  Staff recalled all inmates and conducted a headcount, followed by a thorough search of the facility.  VOA Roseville staff determined that THOMPSON was absent and nowhere inside the facility.  By 10:36 p.m., VOA Roseville notified the BOP that THOMPSON had escaped.

11. In the early morning hours of October 31, 2013, VOA Roseville staff conducted a search of the area around the VOA facility in an attempt to locate the GPS ankle unit.  Staff found that the unit had been cut off and hidden.

12. At this time THOMPSON has not returned to VOA Roseville and has not called or

2

made arrangements to return. THOMPSON's whereabouts are currently unknown to VOA Roseville staff and US Marshals.

13. Based on these facts, I have reason to believe that Leland Wayne THOMPSON is in violation of Title 18, United States Code, Section 751(a).

Further your Affiant sayeth not.

BRIAN SMITH
Deputy U.S. Marshal

SUBSCRIBED and SWORN to before me this 5ᵗʰ day of November, 2013.

THE HONORABLE JANIE S. MAYERON
UNITED STATES MAGISTRATE JUDGE

3